UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NSIMA ETOK,<br>    Plaintiff,<br>  v.<br>HOME DEPOT U.S.A., INC,<br>    Defendant. | Case No.   14-cv-01235-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/21/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 01/15/2015 at 1:30<br>Case Management Statement due 01/08/2015 |
| Initial Disclosures | 06/02/2014 |
| Expert Disclosure and Report Deadline | 06/15/2015 |
| Rebuttal Expert Disclosure and Report Deadline | 07/09/2015 |
| Fact Discovery Cut-Off | 06/14/2015 |
| Expert Discovery Cut-Off | 07/30/2015 |
| Last Day to Hear Dispositive Motions | 05/14/2015 at 9:00 am |
| Final Pretrial Conference | 08/06/2015 at 2:30 pm |
| Trial | 08/17/2015 at 9:00 am |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties are to contact Court ADR within 2 weeks to schedule mediation.

Dated: May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge