CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California 94115
Telephone:    415.346.8015
Facsimile:    415.346.8238

Attorneys for Plaintiff
Nsima Etok

GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
VICTORIA L. TALLMAN, State Bar No. 273252
victoria.tallman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
THE HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NSIMA ETOK,<br><br>         Plaintiff,<br><br>     v.<br><br>THE HOME DEPOT, U.S.A., INC., and DOES 1 THROUGH 25,<br><br>         Defendants. | Case No. 5:14-cv-01235-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

WHEREAS, this action has been settled by the parties.

The parties now stipulate and agree that this action in its entirety shall be dismissed WITH PREJUDICE.

Dated: October 16, 2014                         LAW OFFICES OF CURTIS G. OLER

                                                /s/ CURTIS G. OLER
                                                CURTIS G. OLER
                                                Attorney for Plaintiff

Case No. 5:14-cv-01235-BLF

STIPULATION FOR DISMISSAL

1  Dated: October 16, 2014                           OGLETREE, DEAKINS, NASH, SMOAK &
2                                                    STEWART, P.C.

3                                                    /s/ GREGORY C. CHENG
                                                     GREGORY C. CHENG
4                                                    VICTORIA L. TALLMAN
                                                     Attorney for Defendant
5

6

7

8                       **ATTESTATION OF CONCURRENCE IN FILING**

9         In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this

10  document has been obtained from Plaintiff's counsel.

11
    Dated: October 16, 2014                          OGLETREE, DEAKINS, NASH, SMOAK &
12                                                   STEWART, P.C.

13
                                                     /s/ GREGORY C. CHENG
14                                                   GREGORY C. CHENG
                                                     VICTORIA L. TALLMAN
15                                                   Attorney for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation of the Parties that this action shall be DISMISSED in its entirety WITH PREJUDICE.

IT IS HEREBY ORDERED that this Action be and hereby is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

Dated: October 16, 2014

_____
UNITED STATES DISTRICT JUDGE

19223740.1